No. 4119.—Dorna, apdo., *v.* Rosado, aplte.—C. D. San

Juan. Desahucio. Febrero 23, 1927. Desestimado el recurso a instancia del apelado porque en este caso la sentencia apelada se dictó el 15 de noviembre de 1926, y la apelación se interpuso el 22 de noviembre sin que se acompañara fianza, tratándose de un caso de desahucio en precario, vista la sección 11 de la Ley de Desahucio de 1905 y la jurisprudencia establecida en los casos de *Valladares* v. *Sepúlveda,* 16 D.P.R. 148, *Figueroa et al.* v. *Sepúlveda,* 24 D.P.R. 690, 693, y *Ramírez* v. *Pérez,* 25 D.P.R. 231, 235.